UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, | NO. 2:23-cv-00116 |
| Plaintiff, | |
| v. | |
| BRITNEI COWAN, | |
| Defendant. | |

## MOTION FOR DEFAULT JUDGMENT

Plaintiff North American Company for Life and Health Insurance ("North American"), pursuant to Federal Rule of Civil Procedure 55(b)(2), requests that the Court enter default final judgment against defendant Britnei Cowan ("Cowan") declaring the life insurance policy at issue void and of no effect whatsoever.

In further support of this request, North American relies upon the record in this case, and the brief submitted with this Motion.

Respectfully submitted this 20th day of October, 2023.

By: /s/ Derek Mandel
　　Derek Mandel
　　Indiana Bar No. 13829-49
MANDEL RAUCH & LAMMERS, P.C.
740 Adams Street, Suite F
Carmel, IN  46032
Phone:  317-848-7000
Fax:  317-848-6197
Email:  dmandel@mhmrlaw.com

*Attorneys for Plaintiff North American Company for Life and Health Insurance*

30096976.1