AO 450 (Rev. 01/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## Northern District of Indiana

NORTH AMERICAN COMPANY
FOR LIFE AND HEALTH INSURANCE

                    Plaintiff

    v.                         Civil Action No. 2:23-cv-116-CCB

BRITNEI COWAN

                 Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one):

☐  the plaintiff *(name)* _____
recover from the defendant *(name)* _____ the amount of
_____ dollars ($_____), which includes
prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____ %
per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*
_____ recover costs from the plaintiff *(name)*
_____.

*X*  Other: Final Judgment is ENTERED in favor of Plaintiff North American Company for Life and
Health Insurance and against Defendant Britnei Cowan declaring that the life insurance policy issued by
North American as policy number LB42098880 was void *ab initio*. Neither Britnei Cowan, nor any
putative beneficiary or other person has any other rights in interest in Policy LB 42098880, including,
without limitation, the potential right to death benefits that would be payable upon the death of an insured
under an enforceable, in-force insurance contract.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was
reached.

*X*  decided by Judge Cristal C. Brisco on Plaintiff's Motion for Default Judgment.

DATE:__August 12, 2024__          CHANDA J. BERTA, CLERK OF COURT

by__s/L. Steinke_____
    *Signature of Clerk or Deputy Clerk*